**BERNARD R. SCHWAM - SBN 67452**
**LAW OFFICES OF BERNARD R. SCHWAM**
**16133 Ventura Boulevard, Penthouse**
**Encino, CA 91436**
**Telephone: (818) 986-3775**
**Facsimile:  (818) 788-3153**
**Email:  bschwam@sbcglobal.net**

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ELLIOTT,<br><br>          Plaintiff,<br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; AND DOES 1 TO 10, INCLUSIVE,<br><br>          Defendants. | CASE NO.:  2:15-cv-04563-MWF(FFMx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff Rose Elliott, hereby dismisses this action in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  September 22, 2015          LAW OFFICES OF BERNARD R. SCHWAM


                                    By:       /s/ Bernard R. Schwam
                                          BERNARD R. SCHWAM
                                          Attorney for Plaintiff